FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

DEC - 5 1996

JAMES R. LARSEN, Clerk
_____ Deputy

JAMES P. CONNELLY
UNITED STATES ATTORNEY
Eastern District of Washington
THOMAS O. RICE
STEPHANIE J. LISTER
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CR-96-258-WFN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VERNE JAY MERRELL, aka Jay<br>    Merrell, aka Thomas C.<br>    James, aka Carl Avery<br>    Martell,<br>CHARLES HARRISON BARBEE,<br>    and<br>ROBERT SHERMAN BERRY, aka<br>    Jim Preston,<br><br>    Defendants. | INDICTMENT<br><br>Vio: 18 U.S.C. § 371<br>Conspiracy (Ct 1)<br><br>18 U.S.C. § 844(i)<br>Destruction of Building<br>Used in Interstate<br>Commerce (Cts 2 & 6)<br><br>18 U.S.C. § 924(c)<br>Use of Firearm During<br>Crime of Violence<br>(Cts 3, 5, 7, & 9)<br><br>18 U.S.C. § 2113(a) & (d)<br>Armed Bank Robbery<br>(Cts 4 & 8)<br><br>18 U.S.C. § 2312<br>Interstate Transportation<br>of Stolen Motor Vehicle<br>(Cts 10 & 11)<br><br>26 U.S.C. § 5861(d)<br>Possession of<br>Unregistered Grenades<br>(Ct 12) |

The Grand Jury Charges:

INDICTMENT - 1
P61204LJ.TRA

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

DEC - 5 1996

JAMES R. LARSEN, CLERK
_____ DEPUTY

# CONSPIRACY

## COUNT 1

Beginning on a date unknown to the Grand Jury, but by on or about May 2, 1995, and continuing through on or about October 8, 1996, in the District of Idaho, District of Oregon, Western District of Washington, and the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, did knowingly combine, conspire, confederate and agreed together and with each other, and with other persons both known and unknown to the Grand Jury, to commit offenses against the United States, to wit: to commit the crimes in counts 2 through 12 herein, in violation of 18 U.S.C. §§ 844(i), 924(c), 2113(a) and (d), 2312, and 26 U.S.C. § 5861(d). In furtherance of the conspiracy and to effect the objects of the conspiracy, certain overt acts were committed in the Eastern District of Washington and elsewhere, to wit, overt acts including, but not limited to:

1. Those acts contained in counts 2 through 12 of this indictment which are incorporated herein by this reference;
2. On or about May 2, 1995, the possession by CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, of: a SWD, Cobray, M-11, 9mm pistol, serial number 89-0064226, fully loaded with one round in the chamber with a silencer; Washington State license plates "945FMY and 659FSV" registered to vehicles owned by Avis Rent A Car, doing business as P.V. Holding Corporation, Spokane International Airport, Spokane, Washington; two camouflage military flak jackets; military

INDICTMENT - 2
P61204LJ.TRA

night vision goggles; and a note pad, on one page of which was written, "things to do 1. check out vehicles (sic) keys and plates 2. scanner 3. where to park sub 4. gloves 5. change plates on sub 6. emergency phone #'s 7. route out 8. Govt. plates".

3. The mailing, on or about September 6, 1996, of letters to the Spokesman Review and U.S. Bank with a return address of "Phinehas". The letters read, "Your gods are paper. $100,000 of them are no match for Yahweh. (Obadiah 18) Publicly rescind your bounty and declare your gods powerless or those who worship at your alter (sic) will suffer His wrath. cc: Spokesman Review".

4. The mailing, on or about September 6, 1996, of a letter addressed to "Director: Planned Parenthood, 20 South Pines, Spokane, Washington", having a return address of "Phinehas". The letter read, "So sorry to have missed you July 12, and you missed the note about Psalm 139. Will do better next time. Halleluyah! (sic) (Praise ye Yah)."

5. On or about September 20, 1996, the theft of a 1996 Chevrolet Suburban and a 1996 GMC Sierra Club Coupe pickup from Herning Pontiac, Cadillac, GMC Inc. Pocatello, Idaho;

6. On or about October 8, 1996, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston travelled from Sandpoint, Idaho to Portland, Oregon in a failed robbery attempt of the U.S. Bank in Portland, Oregon;

INDICTMENT - 3
P61204LJ.TRA

7. On or about October 8, 1996, the mailing of a letter from Portland, Oregon to the Spokesman-Review;
8. On or about October 8, 1996, the possession by ROBERT SHERMAN BERRY, aka Jim Preston of a PWA 223 machine gun;
9. The possession by VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell of a machine gun later found in his home on or about October 10, 1996; and
10. The possession by CHARLES HARRISON BARBEE of grenades later found in his home on or about October 9, 1996;

All in violation of 18 U.S.C. § 371.

**APRIL 1, 1996**

COUNT 2

On or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, maliciously damaged and destroyed, by means of fire and explosive materials, the Spokesman Review Office building located at 13208 East Sprague Avenue, Spokane, Washington, used in and affecting interstate commerce, in violation of 18 U.S.C. § 844(i).

COUNT 3

That on or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, did knowingly and willfully use and carry a firearm that is a destructive device (a pipe bomb), during

INDICTMENT - 4
P61204LJ.TRA

and in relation to a crime of violence, to wit, malicious destruction of property in interstate commerce, to wit, the Spokesman Review Office building, located at 13208 East Sprague Avenue, Spokane, Washington, in violation of 18 U.S.C. § 844(i), all in violation of 18 U.S.C. § 924(c)(1).

COUNT 4

That on or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, by force, violence, and by intimidation, did take from the person and presence of another, approximately $72,000 of money belonging to and in the care, custody, control, management and possession of U. S. Bank, located at 9208 East Sprague, Spokane, Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, did assault and put in jeopardy the life of another person by the use of dangerous weapons, to wit, a destructive device (a pipe bomb) and firearms, all in violation of 18 U.S.C. § 2113(a) and (d).

COUNT 5

That on or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, did knowingly and willfully use and carry a firearm that is a destructive device (a pipe bomb), during

INDICTMENT - 5
P61204LJ.TRA

and in relation to a crime of violence, to wit, armed bank robbery of the U. S. Bank, located at 9208 East Sprague, Spokane, Washington, in violation of 18 U.S.C. § 2113(d), all in violation of 18 U.S.C. § 924(c)(1).

**JULY 12, 1996**

COUNT 6

On or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, maliciously damaged and destroyed, by means of fire and explosive materials, the Planned Parenthood Clinic building located at South 20 Pines, Spokane, Washington, used in and affecting interstate commerce, in violation of 18 U.S.C. § 844(i).

COUNT 7

That on or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, ROBERT SHERMAN BERRY, aka Jim Preston, did knowingly and willfully use and carry a firearm that is a destructive device (a pipe bomb), during and in relation to a crime of violence, to wit, malicious destruction of property in interstate commerce, to wit, the Planned Parenthood Clinic, located at South 20 Pines, Spokane, Washington, in violation of 18 U.S.C. § 844(i), all in violation of 18 U.S.C. § 924(c)(1).

INDICTMENT - 6
P61204LJ.TRA

COUNT 8

That on or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, by force, violence, and by intimidation, did take from the person and presence of another, approximately $36,666 of money belonging to and in the care, custody, control, management and possession of U. S. Bank, located at 9208 East Sprague, Spokane, Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, did assault and put in jeopardy the life of another person by the use of dangerous weapons, to wit, firearms, all in violation of 18 U.S.C. § 2113(a) and (d).

COUNT 9

That on or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, did knowingly and willfully use and carry firearms, during and in relation to a crime of violence, to wit, armed bank robbery of the U. S. Bank, located at 9208 East Sprague, Spokane, Washington, in violation of 18 U.S.C. § 2113(d), all in violation of 18 U.S.C. § 924(c)(1).

INDICTMENT - 7
P61204LJ.TRA

<pre>
 1                        OCTOBER 8, 1996
 2                           COUNT 10
 3        On or about October 8, 1996, in the Eastern District of
 4   Washington and elsewhere, VERNE JAY MERRELL, aka Jay Merrell, aka
 5   Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE,
 6   and ROBERT SHERMAN BERRY, aka Jim Preston, did unlawfully transport
 7   in interstate commerce from the state of Idaho, to the states of
 8   Oregon and Washington, a 1996 Chevrolet Suburban, stolen from
 9   Pocatello, Idaho, knowing the same to have been stolen, all in
10   violation of 18 U.S.C. § 2312.
11                           COUNT 11
12        On or about October 8, 1996, in the Eastern District of
13   Washington and elsewhere, VERNE JAY MERRELL, aka Jay Merrell, aka
14   Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE,
15   and ROBERT SHERMAN BERRY, aka Jim Preston, did unlawfully transport
16   in interstate commerce from the state of Oregon, to the state of
17   Washington, a 1996 Ford Aerostar van, stolen from Hood River,
18   Oregon, knowing the same to have been stolen, all in violation of
19   18 U.S.C. § 2312.
20                           COUNT 12
21        On or about October 8, 1996, in the Eastern District of
22   Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C.
23   James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT
24   SHERMAN BERRY, aka Jim Preston, did unlawfully possess unregistered
25   firearms, to wit, destructive devices (grenades), which firearms
26   had not been registered in the National Firearms Registration and
27
28
</pre>

INDICTMENT - 8
P61204LJ.TRA

Transfer Record as required by 26 U.S.C. Chapter 53, in violation of 26 U.S.C. §§ 5861(d) and 5871.

DATED this 5th day of December, 1996.

A TRUE BILL

███████████████████
Foreman

*James P. Connelly* (signature)
JAMES P. CONNELLY
United States Attorney

JAMES B. CRUM
Assistant United States Attorney

*Thomas O. Rice* (signature)
THOMAS O. RICE
Assistant United States Attorney

*Stephanie J. Lister* (signature)
STEPHANIE J. LISTER
Assistant United States Attorney

INDICTMENT - 9
P61204LJ.TRA