UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES HARRISON BARBEE,<br><br>　　　　　　Movant,<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | No.　2:96-CR-0258-WFN-1<br><br>ORDER ON § 2255 MOTION<br>GOVERNMENT RESPONSE<br>REQUIRED |

　　　Before the Court is Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. (ECF No. 381). The Ninth Circuit authorized a second or successive filing on January 25, 2017. The Court has reviewed the file and is fully informed. Accordingly,

　　　**IT IS ORDERED** that:

　　　1.　The Court **RESERVES RULING** on Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, filed June 17, 2016, **ECF No. 381**.

　　　2.　The United States shall answer Movant's § 2255 Motion by **March 7, 2017**. The contents of the answer shall conform to the requirements of Rule 5(b) of the Rules-Section 2255 Proceedings.

　　　3.　Movant shall serve and file a reply to United States answer, if any, no later than **March 21, 2017**.

　　　4.　The Court will take the matter under advisement when the briefing is complete.

　　　The District Court Executive is directed to file this Order and provide copies to counsel.

1    **DATED** this 8th day of February, 2017.

3                                    s/ Wm. Fremming Nielsen
                                     ―――――――――――――――――――――――
                                     WM. FREMMING NIELSEN
4    02-08-17                        SENIOR UNITED STATES DISTRICT JUDGE