FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  -vs-<br><br>VERNE JAY MERRELL,<br>CHARLES HARRISON BARBEE, and<br>ROBERT SHERMAN BERRY<br><br>                Defendants. | Nos.  2:96-CR-0257-WFN-1<br>         2:96-CR-0258-WFN-1<br>         2:96-CR-0259-WFN-1<br><br>ORDER DISMISSING<br>COUNTS 3S AND 7S |

Based on the Government's Response to the Court's Order to Show Cause it appears that the Government agrees that the counts predicated on violation of 18 U.S.C. § 844(i) should be dismissed. Accordingly,

**IT IS ORDERED** that Counts 3S and 7S are **DISMISSED WITHOUT PREJUDICE** as to each of the above-named Defendants.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of November, 2019.

11-12-19

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER