MARK E. VOVOS, #4474
1304 West Dean Avenue
Spokane, WA 99201
(509) 326-5220
*Attorney for Charles Harrison Barbee*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America, ) | **NO. 2:96-CR-00258-WFN-1** |
| ) | |
| Plaintiff, ) | |
| vs. ) | Motion to Strike and Continue |
| ) | Sentencing Date and Other |
| Charles Harrison Barbee, ) | Associated Due Dates |
| ) | |
| Defendant. ) | **03/02/20 @ 6:30 p.m. –** |
| ) | **Without oral argument** |

Motion

Charles Harrison Barbee, by and through counsel, Mark E. Vovos, moves this Court to strike and continue all dates currently set in this matter, including the sentencing date currently set for March 24, 2020, and all associated due dates (objections to PSIR and sentencing memorandum) as well.

MOTION TO STRIKE AND CONTINUE
SENTENCING DATE AND OTHER
ASSOCIATED DUE DATES - Page 1.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1304 Dean Avenue
Spokane, WA 99201
(509) 326-5220

I was appointed on February 7, 2020 to substitute for the CJA attorney who handled the trial on behalf of Mr. Barbee in this matter. This is a complex sentencing issue involving application of the sentencing guidelines, stacking of offenses and factual issues concerning Mr. Barbee's incarceration since sentencing. Your declarant needs more time to research, prepare and be effective.

This motion is based upon the records and files herein, and the declaration of counsel.

### Declaration of Mark E. Vovos

Mark E. Vovos, being first duly sworn, on oath, deposes and states:

1. I am over the age of 18 years and competent to make this declaration based upon my personal information and belief. I would testify to these statements in a court of law, and offer to prove the following under penalty of perjury.

2. I am the recently appointed attorney for Charles Harrison Barbee for purposes of a *de novo* sentencing order.

3. Objections to the PSIR are currently due on February 28, 2020; Defendant's sentencing memorandum is due on March 9, 2020, and the sentencing hearing is set for March 24, 2020.

MOTION TO STRIKE AND CONTINUE SENTENCING DATE AND OTHER ASSOCIATED DUE DATES - Page 2.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1304 Dean Avenue
Spokane, WA 99201
(509) 326-5220

4. Mr. Barbee is currently in a federal correctional institution in Alabama. He is not yet in transit to Spokane, and counsel has not had an opportunity to review the PSIR with him or meet with him.

5. Your declarant also needs time to obtain and review records from the previous trial, as well as the sentencing of the Court as it applies to the current *de novo* sentencing of Mr. Barbee.

6. I have received some materials from former counsel for Mr. Barbee, but there are other materials that are not in my possession, including letters and records from the federal institution, as well as documents concerning Mr. Barbee since he has been incarcerated.

7. Counsel needs time to review sentencing issues with appellate counsel in the Federal Defender's Office and obtain documents from them concerning sentencing as well as previous CJA trial counsel, and have the time to meet personally with Mr. Barbee concerning sentencing issues once he is returned to this district.

8. I have not had sufficient time to talk with Mr. Barbee on the phone concerning matters that pertain to his sentencing and documents that he has

MOTION TO STRIKE AND CONTINUE
SENTENCING DATE AND OTHER
ASSOCIATED DUE DATES - Page 3.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1304 Dean Avenue
Spokane, WA 99201
(509) 326-5220

received being forwarded to other attorneys and not in my possession, nor review other documents from other sources that pertain to the sentencing issue.

9. The sentencing issues are complex, and involve an analysis which will take more time and research. Counsel would request a time that is consistent with this Court's and counsels' schedule in the interests of justice and fairness, as well as to accommodate effective preparation by current counsel.

10. A sentencing date in September of 2020, with other compliances dates for objections and sentencing memorandums prior to that time, is respectfully requested.

11. Counsel has talked with the United States Attorney, and he takes no position as to this continuance request.

RESPECTFULLY SUBMITTED this 24th day of February, 2020.

*s/ Mark E. Vovos, #4474*
Attorney for Charles Harrison Barbee
1304 West Dean Avenue
Spokane, WA 99201
Phone:  (509) 326-5220
Fax:     (509) 326-5226
E-mail:  mvovos@mvovos.digitalspacemail8.net

MOTION TO STRIKE AND CONTINUE
SENTENCING DATE AND OTHER
ASSOCIATED DUE DATES - Page 4.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1304 Dean Avenue
Spokane, WA 99201
(509) 326-5220

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Joseph Harrington, Assistant United States Attorney

        *s/ Mark E. Vovos, #4474*
        Attorney for Charles Harrison Barbee
        1304 West Dean Avenue
        Spokane, WA 99201
        Phone:  (509) 326-5220
        Fax:     (509) 326-5226
        E-mail:  mvovos@mvovos.digitalspacemail8.net

MOTION TO STRIKE AND CONTINUE SENTENCING DATE AND OTHER ASSOCIATED DUE DATES - Page 5.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1304 Dean Avenue
Spokane, WA 99201
(509) 326-5220