FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>CHARLES HARRISON BARBEE,<br><br>                Defendant. | No.   2:96-CR-0258-WFN-1<br><br>ORDER |

     Pending before the Court is Defendant's Motion for Reconsideration of an Indicative Ruling Pursuant to Federal Rule 37 for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A).  ECF No. 477.  The Ninth Circuit issued an opinion in this case remanding for resentencing. The Court has reviewed the file and motion and is fully informed. Accordingly,

     **IT IS ORDERED** that the Defendant's Motion for Reconsideration of an Indicative Ruling Pursuant to Federal Rule 37 for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A), filed June 10, 2022, **ECF No. 477**, is **DENIED AS MOOT**.

     The District Court Executive is directed to file this Order and provide copies to counsel.

     **DATED** this 21st day of June, 2022.

06-17-22

                                  WM. FREMMING NIELSEN
                                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER