MARK E. VOVOS, #4474
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220
*Attorney for Charles Harrison Barbee*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **NO. 2:96-CR-00258-WFN-1** |
| Plaintiff, | ) | |
| vs. | ) | COUNSEL'S COMMUNICATION TO THE PROBATION OFFICE RE: OBJECTIONS PURSUANT TO THE COURT'S ORDER |
| CHARLES HARRISON BARBEE, | ) | |
| Defendant. | ) | **[ECF #403]** |

The Defendant, Charles Harrison Barbee, by and through his attorney, Mark E. Vovos, states as follows: I have reviewed the Appellate Ruling in this case and the most recent draft of the PSR. I find the sentencing guidelines calculation to be accurate and complete. I find nothing in the draft PSR that rises to the level of objection, except that in "Part E, Factors That May Warrant Departure" (USSG 5H1.1), counsel believes age should be listed. Counsel realizes that statutorily, the Court must impose a 30-year sentence on Count 5 (consecutive to all other Counts) and now five years on Count 9 (consecutive to all other Counts), in addition to a guideline sentence for all remaining Counts with the range of 97 to 121 months as counsel understands.

COUNSEL'S COMMUNICATION TO THE
PROBATION OFFICE RE: OBJECTIONS PURSUANT
TO THE COURT'S ORDER [ECF NO. 403] - 1

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

Counsel respectfully will raise other issues in a Motion for Compassionate Release as a separate matter.

RESPECTFULLY SUBMITTED this 24th day of October, 2022.

<u>*s/ Mark E. Vovos, #4474*</u>
Attorney for Charles Harrison Barbee
2721 S. Pittsburg
Spokane, WA 99203
Phone: (509) 326-5220
E-mail: mvovos@mvovos.digitalspacemail8.net

COUNSEL'S COMMUNICATION TO THE
PROBATION OFFICE RE: OBJECTIONS PURSUANT
TO THE COURT'S ORDER [ECF NO. 403] - 2

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Joseph Harrington, Assistant United States Attorney.

*s/ Mark E. Vovos, #4474*
Attorney for Charles Harrison Barbee
2721 S. Pittsburg
Spokane, WA 99203
Phone: (509) 326-5220
E-mail: mvovos@mvovos.digitalspacemail8.net

COUNSEL'S COMMUNICATION TO THE
PROBATION OFFICE RE: OBJECTIONS PURSUANT
TO THE COURT'S ORDER [ECF NO. 403] - 3

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220