MARK E. VOVOS, #4474
2721 S Pittsburg
Spokane, WA 99203
(509) 326-5220
*Attorney for Charles Harrison Barbee*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HARRISON BARBEE, ) <br> ) <br> Defendant. ) <br> ) | **NO. 2:96-CR-00258-WFN-1** <br><br> MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A) AND TO **EXPEDITE** |

## **INTRODUCTION**

COMES NOW the Defendant, Charles Barbee, through his counsel, Mark E. Vovos, and respectfully requests this most Honorable Court to consider his Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Mr. Barbee's appellate case (No. 21-30043), for issues pertaining to his January 25, 2021 re-sentencing before this Court, is no longer pending in the Court of Appeals. The Ninth Circuit Court of Appeals has ruled on Mr. Barbee's appeal and this Court now has jurisdiction. Mr. Barbee asks the Court to rule on this Motion at the time

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 1.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

of his resentencing for the above-mentioned appellate ruling. This will allow for oral argument by his counsel for any issues not raised from this Motion.

As the Court is aware and attachments will show, Mr. Barbee filed his first Compassionate Release Motion and it was denied. Subsequent to this filing, Mr. Barbee filed a second 18 U.S.C. § 3582(c)(1)(A) on May 2, 2022. This second motion was also denied. Mr. Barbee has since served additional time and now has the required 30 years served on his sentence, as well as being 70 years of age. *(See* Exhibit F, attached hereto).

Mr. Barbee previously sought an Indicative Ruling pursuant to Federal Rule of Criminal Procedure 37 for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i). This subsection required demonstration that, "extraordinary and compelling reasons warrant such a reduction."

The Court found that the defendant did not meet the requirements at that time. In this Order, the Court also stated, "Though the Court does not feel the Defendant meets the requirements for compassionate release now, if his health changes for the worst in the future, or when he meets the requirements laid out in 18 U.S.C. § 3582(c)(1)(A)(ii), the Court invites him to seek compassionate release."

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 2.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

Mr. Barbee turned 70 years of age on March 2, 2022, qualifying him for consideration for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(ii), and thus places this Motion before the Court. The Court is fully aware of Mr. Barbee's rehabilitative efforts as detailed in **ECF No. 466** and **ECF No. 471**, filed July 20, 2021 and September 28, 2021 respectively. He requests consideration in this Motion of these filings, as to his rehabilitative efforts.

## ARGUMENT

Under USSG 1B1, CMTN.1(B) in determining a projected release date of an inmate, Courts may take into account any Good Time Credits. In compliance with the changes Congress made in the First Step Act, the Justice Department's Bureau of Prisons, published a "Final Rule" pertaining to Good Time Credits on February 2, 2022 (*see* 28 CFR Part 523 – Exhibit D attached hereto).

There are many rulings supporting the application of Good Time Credits awarded under 18 U.S.C. § 3624(B)(1) (*see United States v. Burrill*, No. 17-CR-00491-RS, 445 F.Supp.3d 22, 2020 U.S. Dist. LEXIS 65774; *also United States v. Heffington*, 476 F.Supp.3d 1042 Granted August 3, 2020; *also United States v. Saenz*, Dist. LEXIS 122905 July 9, 2020). Relevant in all of these cases "Good Time Credits" were used in the determination and granting of Compassionate Release.

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 3.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

With the inclusion of Good Time Credits, Mr. Barbee will have reached the 30-year requirement of 18 U.S.C. § 3582(c)(1)(A)(ii) on or about November 30, 2022. On this date he will have served <u>26 years and 52 days</u> for a total of 9548 days (including six leap year days) and earned <u>1408 days</u> of Good Time, for a total of **10,956** days. This will satisfy the 30 years (30 years x 365 = 10,950 days + 6 leap year days for a total of **10,956** days) required in the statute 18 U.S.C. § 3582(c)(1)(a)(ii). Mr. Barbee asks this Court to review the information above and make a ruling for Compassionate Release on or about November 30, 2022. This will afford the Bureau of Prisons adequate time to schedule and execute the necessary procedures to affect Mr. Barbee's return to society. (*See* Exhibit C attached hereto.)

The Bureau of Prisons has recently diagnosed Mr. Barbee with hypothyroidism and possible nerve damage caused by deterioration in the area of the 8th and 9th vertebrae, which is in the neck area. He has numbness in his left arm and hand due to this pinched nerve condition. The Bureau of Prison staff explained to Mr. Barbee that this is common in older persons. He is currently waiting for medical trips to be scheduled so specialists can determine a treatment plan for these conditions. He is still having issues with high blood pressure and medical has changed his prescriptions from Lisinopril to Amlodipine 10 mg, and again to
MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 4.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

Hydrochlorothiazide 12.5 mg. He is taking Atorvastatin 10 mg. for high cholesterol, and Levothyroxine for his hypothyroid issue. (*See* Exhibit E attached hereto.)

## **CONCLUSION**

Mr. Barbee requests that this Court consider the following:

- He is a first time offender.

- This Honorable Court has already acknowledged his rehabilitative efforts as detailed in **ECF No. 466** and **ECF No. 471**, filed July 20, 2021 and September 28, 2021, respectively.

- Mr. Barbee continues to seek self-improvement. He is attending **THRESHOLD**, a **First Step Act** program, through Religious Services at FCI Talladega. This is a six-month program supervised by the Chaplain over Religious Services, with the assistance of the Kairos organization.

- Mr. Barbee will have served 30 years of his sentence, counting his Good Time, on November 30, 2022, and has accrued over 23 years of clear conduct in the Bureau of Prisons.

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 5.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

- He has paid on the restitution ordered by this Court and should be able to significantly improve on these payments, if released and earning better wages. (*See* Exhibit B attached hereto.)

- He is Social Security and Medicare eligible.

- He was employed by AT&T for 21 years and 10 months. He retired with good evaluations from AT&T, which also approved him for rehire should he desire to return.

- He has recently been experiencing several medical issues that are currently being assessed by the Bureau of Prisons. He is being scheduled for outside medical trips to determine treatment options for hypothyroidism, a pinched nerve issue in his left shoulder, arm and hand. (*See* Exhibit E attached hereto.)

- Mr. Barbee is sincerely repentant of his actions. He is willing and able to be a productive member of society, given the opportunity.

- Mr. Barbee has a release plan. He will reside with his eldest daughter, Milica Lattanzie, at 5017 West 12th Street Drive, Greeley, Colorado 80634. This home has already been approved by personnel from the Parole Office. (*See* Exhibit A attached hereto.)

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 6.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

- He has demonstrated that he is ready to return to the community. His motion seeking a ruling from the Court, pursuant to 18 U.S.C. § 3582(c)(1)(A) should be granted.

Mr. Barbee is at that point in his life when the aging process is beginning to deteriorate his health in general. He has issues normal for his age that affects a person's quality of life. He respectfully requests that this Court rule in favor of his release to his eldest daughter's family. (*See* Exhibit A attached hereto.) They will assist him in dealing with these inevitable age-related circumstances. Mr. Barbee would request that considering Mr. Barbee is 70 years of age, and has met the 30 year threshold needed under the Compassionate Release Statute, 18 U.S.C. § 3582(c)(1)(A), the Court would rule in favor of his release on or about November 30, 2022.

RESPECTFULLY SUBMITTED this 31st day of October, 2022.

> *s/ Mark E. Vovos, #4474*
> Attorney for Charles Harrison Barbee
> 2721 S. Pittsburg
> Spokane, WA 99203
> Phone: (509) 326-5220
> E-mail: mvovos@mvovos.digitalspacemail8.net

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 7.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

# CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Joseph Harrington, Assistant United States Attorney.

*s/ Mark E. Vovos, #4474*
Attorney for Charles Harrison Barbee
2721 S. Pittsburg
Spokane, WA 99203
Phone: (509) 326-5220
E-mail: mvovos@mvovos.digitalspacemail8.net

MOTION FOR COMPASSIONATE RELEASE AND TO EXPEDITE - 8.

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220