MARK E. VOVOS, #4474
1316 West Dean Avenue
Spokane, WA  99201
(509) 326-5220
*Attorney for Charles Harrison Barbee*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America, ) | **NO.  2:96-CR-00258-WFN-1** |
| Plaintiff, ) | |
| vs. ) | |
| ) | Charles Barbee's |
| Charles Harrison Barbee, ) | Notice of Appeal |
| ) | |
| Defendant. ) | |
| ) | |

Notice is hereby given that CHARLES HARRISON BARBEE, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the *Second Resentencing Judgment* [ECF No. 499] and the *Order Denying Defendant's Motion for Compassionate Release* [ECF No. 501] entered in this action on the 20th and 21st days of December, 2022.

CHARLES BARBEE'S NOTICE
OF APPEAL  -  1.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1316 Dean Avenue
Spokane, WA 99201
(509) 326-5220

RESPECTFULLY SUBMITTED this 27th day of December, 2022.

    *s/ Mark E. Vovos, #4474*
Attorney for Charles Harrison Barbee
1316 West Dean Avenue
Spokane, WA 99201
Phone:  (509) 326-5220
Fax:      (509) 326-5226
E-mail:  mvovos@mvovos.digitalspacemail8.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Joseph Harrington, Assistant United States Attorney

    *s/ Mark E. Vovos, #4474*
Attorney for Charles Harrison Barbee
1316 West Dean Avenue
Spokane, WA 99201
Phone:  (509) 326-5220
Fax:      (509) 326-5226
E-mail:  mvovos@mvovos.digitalspacemail8.net

CHARLES BARBEE'S NOTICE
OF APPEAL  -  2.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1316 Dean Avenue
Spokane, WA 99201
(509) 326-5220